PRIOR RECORD:

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following arrest history.

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| 10/30/1976<br>(Age 23) | Kentucky State Police;<br>Louisville, KY;<br>Case No.: Unknown | 1) Theft By Unlawful Taking | 1) Disposition unknown |
| | | | |

| | | | |
|---|---|---|---|
| 02/28/2006<br>(Age 52) | Knox District Court;<br>Barbourville, KY;<br>Case No.: 06-T-00954 | 1) No/Expired Registration Plates<br>2) No/Expired Kentucky Registration Receipt<br>3) Failure Of Owner To Maintain Required Insurance/Security First<br>4) Failure To Register Transfer Of Motor Vehicle | 05/11/2006: 1-4) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 03/09/2006<br>(Age 52) | Knox District Court;<br>Barbourville, KY;<br>Case No.: 06-F-00095 | 1) Fleeing Or Evading Police Second Degree (Motor Vehicle)<br>2-3) Wanton Endangerment Second Degree Police Officer<br>4) Disregarding Traffic Control Device Traffic Light<br>5) Possess Forged Prescription For Legend Drug First Offense<br>6) Possession Of Marijuana<br>7) Use/Possess Drug Paraphernalia First Offense<br>8) Speeding 26 MPH Over/Greater<br>9) Disregarding Stop Sign<br>10) Operate Motor Vehicle Under The Influence Of Alcohol/Drugs Etc. .08 First Offense<br>11) Failure To Produce Insurance Card<br>12) Reckless Driving<br>13) No/Expired Registration Plates<br>14) Failure To Register Transfer Of Motor Vehicle | 05/02/2006: 1-3) Guilty; 180 days jail; 150 suspended; 30 days home incarceration<br>4-5) Dismissed<br>6) Guilty; 180 days jail; 150 suspended; 30 days home incarceration<br>7-9) Dismissed<br>10-11) Guilty; Conditional discharge for 2 years; Fine<br>12-14) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 09/13/2007<br>(Age 53) | Knox District Court;<br>Barbourville, KY;<br>Case No.: 07-M-00895 | 1) Possession Of Controlled Substance Second Degree First Offense Drug Unspecified<br>2) Contempt Of Court | 03/16/2010: 1-2) Dismissed |
| A bench warrant was issued on November 13, 2007, for failure to appear and recalled on May 2, 2008. | | | |

| | | | |
|---|---|---|---|
| 01/31/2008<br>(Age 54) | Whitley District Court;<br>Corbin, KY;<br>Case No.: 08-M-50043 | 1) Controlled Substance Prescription Not In Original Container First | 02/20/2013: 1) Guilty; 30 days jail; Cost |

A bench warrant was issued on November 12, 2008, for failure to appear and returned served on February 28, 2011.

A bench warrant was issued on March 15, 2011, for failure to appear and returned served on April 5, 2011.

A bench warrant was issued on June 14, 2011, for failure to appear and returned served on July 12, 2012.

A bench warrant was issued on August 14, 2012, for failure to appear and returned served on September 3, 2012.

A bench warrant was issued on August 5, 2013, for failure to appear and returned served on August 29, 2013.

| | | | |
|---|---|---|---|
| 06/13/2008<br>(Age 54) | Rockcastle Circuit Court;<br>Mount Vernon, KY;<br>Case No.: 08-CR-00029 | 1) Possession Of Controlled Substance First Degree First Offense Drug Unspecified<br>2) Possession Of Controlled Substance Second Degree First Offense Codeine<br>3) Possession Of Controlled Substance Third Degree First Offense Drug Unspecified<br>4) Carrying A Concealed Deadly Weapon<br>5) Speeding | 04/07/2010: 1-5) Dismissed |

A bench warrant was issued on December 11, 2009, for failure to appear and recalled on March 10, 2010.

| | | | |
|---|---|---|---|
| 05/13/2009<br>(Age 55) | Lee County Sheriff's Office;<br>Villas , FL;<br>Case No.: Unknown | 1) Fugitive From Justice | 1) Disposition unknown |

| | | | |
|---|---|---|---|
| 09/22/2009<br>(Age 55) | Knox District Court;<br>Barbourville, KY;<br>Case No.: 09-M-00925 | 1) Controlled Substance Prescription Not In Original Container First | 12/03/2009: 1) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 11/04/2009<br>(Age 56) | Knox District Court;<br>Barbourville, KY;<br>Case No.: 09-T-04047 | 1-2) Failure To Or Improper Signal<br>3) Operating On Suspended/Revoked Operators License<br>4) License To Be In Possession<br>5) Improper Equipment | 11/30/2010: 1-5) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 10/27/2010<br>(Age 57) | Knox District Court;<br>Barbourville, KY;<br>Case No.: 10-F-00509 | 1) Operating On Suspended/Revoked Operators License<br>2) Operate Motor Vehicle Under The Influence Of Alcohol/Drugs, Etc. .08 First Offense<br>3) Controlled Substance Prescription Not In Original Container First<br>4) Possession Of Controlled Substance First Degree First Offense Drug Unspecified<br>5) Use/Possess Drug Paraphernalia First Offense | 04/19/2011: 1) Dismissed<br>2-3) Guilty; 30 days jail; 15 days conditionally discharged for 2 years; Fine; Cost<br>4-5) Dismissed |
| A bench warrant was issued on October 31, 2011, for failure to appear for fine payment and returned served on July 30, 2012. | | | |

| | | | |
|---|---|---|---|
| 04/04/2011<br>(Age 57) | Knox District Court;<br>Barbourville, KY;<br>Case No.: 11-M-00338 | 1) Violation Of Kentucky E.P.O./D.V.O. | 04/19/2011: 1) Guilty; 180 days jail conditionally discharged for 2 years |
| | | | |

| | | | |
|---|---|---|---|
| 06/24/2011<br>(Age 57) | Knox Circuit Court;<br>Barbourville, KY;<br>Case No.: 11-CR-00128 | 1) Manufacturing Methamphetamine First Offense<br>2) Probation Violation For Felony Offense | 04/08/2015: 1) Guilty; 10 years prison suspended for 3 years supervised probation; Cost<br>07/27/2016: 2) Guilty; 10 years prison<br>02/01/2017: Granted parole<br>07/01/2017: Parole violation for using methamphetamine. Must complete IOP.<br>06/18/2021: Expiration date reached |

Case Cross Reference: Knox District Court Case Number 11-F-00126.

It is noted in the record that prior to indictment, the defendant was released on bond in 11-F-00126. A bench warrant was issued on April 20, 2011, for failure to comply pretrial and returned served on July 12, 2012.

A bench warrant was issued on July 28, 2015, for a probation violation and returned served on September 24, 2015.

| | | | |
|---|---|---|---|
| 02/27/2012 (Age 58) | Chatworth Police Department; Chatworth, GA; Case No.: Unknown | 1) Theft By Receiving Stolen Property<br>2) Giving False Name, Address, Or Birthdate To Law Enforcement Officer<br>3) Possession Of Tools For Commission Of A Crime<br>4) Drugs Not In Original Container<br>5) Marijuana Possess Less Than 1 Ounce<br>6) Possession Of Sawed Off Shotgun, Sawed Off Rifle, Machine Gun, Dangerous Weapon, Or Silencer<br>7) Possession Of Methamphetamine<br>8) Possession Of A Schedule II Controlled Substance<br>9) Possession Of A Schedule III Controlled Substance<br>10) Possession Of A Schedule IV Controlled Substance<br>11) Sale, Distribution, Or Possession Of Dangerous Drugs<br>12) Possession And Use Of Drug Related Objects | 07/09/2012: 1-11) Dismissed<br>12) Convicted; 3 years prison |
| | | | |

| | | | |
|---|---|---|---|
| 07/02/2013 (Age 59) | Knox District Court; Barbourville, KY; Case No.: 13-M-00807 | 1) Criminal Trespassing Third Degree | 10/29/2015: 1) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 09/22/2014 (Age 60) | Knox District Court; Barbourville, KY; Case No.: 14-T-04140 | 1) Speeding 25 MPH Over Limit 2) Careless Driving 3) Failure To Or Improper Signal | 12/09/2014: 1-3) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 08/21/2015 (Age 61) | Laurel Circuit Court; London, KY; Case No.: 15-CR-00183 | 1) Possession Of Controlled Substance First Degree First Offense Methamphetamine 2) Operating Motor Vehicle Under The Influence Of Alcohol/Drugs .08 Aggravator Second Offense 3) Drug Paraphernalia Buy/Possess | 07/27/2016: 1-3) Dismissed |
| Case Cross Reference: Laurel District Court Case Number 15-F-00405. | | | |

| | | | |
|---|---|---|---|
| 08/21/2015 (Age 61) | Laurel Circuit Court; London, KY; Case No.: 15-CR-00203 | 1) Bail Jumping First Degree 2) Persistence Felony Offender Second Degree | 07/27/2016: 1-2) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 12/18/2018 (Age 65) | Bell District Court; Pineville, KY; Case No.: 18-T-02950 | 1) Failure Of Non-Owner Operator To Maintain Required Insurance First | 06/13/2019: 1) Dismissed |
| A bench warrant was issued on January 8, 2019, for failure to appear and returned served on June 13, 2019. | | | |

| | | | |
|---|---|---|---|
| 01/18/2019 (Age 65) | Laurel District Court; London, KY; Case No.: 19-T-00501 | 1) No/Expired Kentucky Registration Receipt<br>2) No/Expired Registration Plates<br>3) Failure To Produce Insurance Card<br>4) Failure Of Owner To Maintain Required Insurance/Security First<br>5) Failure To Register Transfer Of Motor Vehicle<br>6) Failure To Wear Seat Belts | 03/29/2019: 1-6) Failure To Appear |
| | | | |

| | | | |
|---|---|---|---|
| 02/20/2019 (Age 65) | Laurel District Court; London, KY; Case No.: 19-T-01462 | 1) Failure To Illuminate Head Lamps<br>2) No/Expired Registration Plates<br>3) No/Expired Kentucky Registration Receipt<br>4) Failure To Register Transfer Of Motor Vehicle<br>5) Failure Of Owner To Maintain Required Insurance/Security First<br>6) Improper Display Of Registration Plates | 03/29/2019: 1-6) Failure To Appear |
| | | | |

| | | | |
|---|---|---|---|
| 03/16/2020<br>(Age 66) | Laurel District Court;<br>London, KY;<br>Case No.: 20-T-02912 | 1) Rim Or Frame Obscuring Lettering Or Decal On Plate<br>2) Improper Registration Plate<br>3) Improper Display Of Registration Plates<br>4) No/Expired Registration Plates<br>5) No/Expired Kentucky Registration Receipt<br>6) Failure To Produce Insurance Card<br>7) Failure Of Owner To Maintain Required Insurance/Security First<br>8) Obstructed Vision And/or Windshield<br>9) Improper Equipment | 04/01/2020: 1-9) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 03/16/2020<br>(Age 66) | Laurel District Court;<br>London, KY;<br>Case No.: 20-T-02913 | 1) License To Be In Possession<br>2) No Operators/Moped License<br>3) Operating On Suspended/Revoked Operators License<br>4) Failure To Register Transfer Of Motor Vehicle<br>5) Contempt Of Court | 06/03/2024: 1) Dismissed<br>2) Guilty; 6 days jail<br>3-5) Dismissed |
| A bench warrant was issued on September 18, 2020, for failure to appear and returned served on May 24, 2025. | | | |

| | | | |
|---|---|---|---|
| 11/01/2021<br>(Age 68) | Laurel District Court;<br>London, KY;<br>Case No.: 24-F-00240 | 1) Burglary Third Degree | 06/04/2024: 1) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 05/20/2022<br>(Age 68) | Laurel Circuit Court;<br>London, KY;<br>Case No.: 22-CR-00158-001 | 1) Burglary Third Degree<br>2) Persistent Felony Offender Second Degree | 09/18/2025: 1-2) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 07/01/2023<br>(Age 69) | Claiborne County Sheriff's Office; New Tazwell, TN;<br>Case No.: Unknown | 1) Possession Of Meth | 1) Disposition unknown |
| | | | |

| | | | |
|---|---|---|---|
| 05/20/2024<br>(Age 70) | Laurel District Court;<br>London, KY;<br>Case No.: 24-T-04274 | 1) Improper Passing<br>2) Improper Use Of Left Lane/Overtaking Vehicle<br>3) Failure To Wear Seat Belts<br>4) Operating On Suspended/Revoked Operators License<br>5) Failure Of Owner To Maintain Required Insurance/Security First<br>6) Failure To Produce Insurance Card<br>7) No/Expired Registration Plates<br>8) No/Expired Kentucky Registration Receipt<br>9) Failure To Register Transfer Of Motor Vehicle | 05/28/2024: 1-9) Dismissed |
| | | | |

| | | | |
|---|---|---|---|
| 05/20/2024 (Age 70) | Laurel District Court; London, KY; Case No.: 24-F-00232 | 1-2) Wanton Endangerment First Degree Police Officer<br>3) Fleeing Or Evading Police First Degree Motor Vehicle<br>4) Reckless Driving<br>5) Speeding 26 MPH Over/Greater<br>6) Disregarding Stop Sign<br>7) Improper Turning<br>8) Disregard/Fail To Yield Right Of Way<br>9) Disregard Signal Of Officer Direct Traffic/Flee<br>10) Failure To Or Improper Signal | 05/28/2024: 1-10) Dismissed |

| | | | |
|---|---|---|---|
| 06/21/2024 (Age 70) | Laurel Circuit Court; London, KY; Case No.: 24-CR-00167 | 1) Convicted Felon In Possession Of A Handgun | 09/18/2025: 1) Dismissed |

| | | | |
|---|---|---|---|
| 06/21/2024 (Age 70) | Laurel Circuit Court; London, KY; Case No.: 24-CR-00155 | 1-5) Attempted Murder Police Officer<br>6) Wanton Endangerment First Degree<br>7-8) Wanton Endangerment First Degree Police Officer<br>9) Persistent Felony Offender Second Degree | 09/18/2025: 1-9) Dismissed |
| Case Cross Reference: Laurel District Court Case Number 24-F-00233. | | | |